Adam M. Goffstein
GOFFSTEIN LAW, LLC
7777 Bonhomme Avenue, Suite 1910
St. Louis, Missouri  63105
Phone:  (314) 725-5151
Fax:      (314) 455-7278
adam@goffsteinlaw.com
*(Pro Hac Vice)*

*Attorneys for Plaintiff*

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
5555 South Flower Street, Suite 3700
Los Angeles, CA  90071
Tel:  (213) 680-8400
Fax: (213) 680-8500
Robyn.bladow@kirkland.com

*Attorneys for S.C. Johnson & Son, Inc.*

*[Additional counsel for both parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET PEGGI LOUISE GARVEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | Case No. 4:23-cv-01518 - JSW<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**NOTICE OF RESOLUTION**<br><br>Compl. Filed: March 30, 2023<br>First Amended Compl. Filed: July 10, 2023<br>Trial Date: None Set |

1  Plaintiff Margaret Peggi Louise Garvey and Defendant S.C. Johnson & Son, Inc. (the
2  "parties") hereby notify the Court that a resolution of all claims has been reached between the
3  parties. The parties respectfully request sixty (60) days to prepare the necessary memorializing
4  documents and file a Stipulation of Dismissal.

6  Dated: February 23, 2024                     GOFFSTEIN LAW, LLC

                                                */s/ Adam M. Goffstein*
                                                Adam M. Goffstein (*Pro Hac Vice*)
                                                **GOFFSTEIN LAW, LLC**
                                                7777 Bonhomme Ave., Suite 1910
                                                St. Louis, MO 63105
                                                Phone: (314) 725-5151
                                                Fax:    (314) 455-7278
                                                *adam@goffsteinlaw.com*

                                                Daniel J. Orlowsky (*Pro Hac Vice*)
                                                7777 Bonhomme Ave., Suite 1910
                                                St. Louis, MO 63105
                                                Phone: 314-725-5151
                                                Fax:    314-455-7375
                                                *dan@orlowskylaw.com*

                                                James A. Morris, Esq. (CSBN 296852)
                                                Shane A. Greenberg, Esq. (CSMN 210932)
                                                **MORRIS LAW FIRM**
                                                4111 W. Alameda Avenue, Suite 611
                                                Burbank, CA 91505
                                                Tel:    (747) 283-1144
                                                Fax:    (747) 283-1143
                                                *jmorris@jamlawyers.com*
                                                *sgreenberg@jamlawyers.com*

                                                *Attorneys for Plaintiff*

Case No. 4:23-cv-01518 JSW
NOTICE

| | |
|---|---|
| Dated:  February 23, 2024 | /s/Robyn E. Bladow<br>Robyn E. Bladow (SBN 205189)<br>KIRKLAND & ELLIS LLP<br>5555 South Flower Street, Suite 3700<br>Los Angeles, CA  90071<br>Tel:   (213) 680-8400<br>Fax:  (213) 680-8500<br>Robyn.bladow@kirkland.com<br><br>Edwin John U, P.C. (SBN 198182)<br>Michael A. Glick (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C.  20004<br>Tel:   (202) 389-5000<br>Fax:  (202) 389-5200<br>Edwin.u@kirkland.com<br>Michael.glick@kirkland.com<br><br>*Attorneys for Defendant S.C. Johnson and Son, Inc.* |

**Filer's Attestation**: By signing this *Notice of Resolution*, counsel for each party listed above concur in its filing.  This document is being filed through the Electronic Case Filing (ECF) system by attorney Adam Goffstein. By his signature, he attests that he has obtained concurrence in the filing of this document from Robyn E. Bladow, pursuant to Civil L.R. 5-1(i)(3).

      */s/ Adam M. Goffstein*
      Adam M. Goffstein (*Pro Hac Vice*)

      *Attorneys for Plaintiff*