UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET PEGGI LOUISE GARVEY,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | Case No. 23-cv-01518-JSW<br><br>**ORDER DISAPPROVING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 55 |

Now before the Court is the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Margaret Peggi Louise Garvey ("Plaintiff") and Defendant S.C. Johnson & Son, Inc. ("Defendant"). The Court does not approve of the stipulated dismissal.

Plaintiff brought this action against Defendant alleging violation of a slew of consumer protection laws relating to Defendant's representations that its Ziploc® brand products are "recyclable." (Dkt. No. 30, First Am. Compl.) Plaintiff filed the action not only on behalf of herself, but on behalf of a putative class of California purchasers. (*Id.* ¶ 53.) Defendant moved to dismiss the First Amended Complaint for failure to state a claim and for lack of standing. (Dkt. No. 39.) Before the Court issued its ruling on the motion to dismiss, the parties filed a Notice of Settlement. (Dkt. No. 52.) Plaintiff never moved for class certification.

Plaintiff and Defendant stipulated "that the above-styled action is voluntarily dismissed with prejudice." (Dkt. No. 55.) The stipulation does not distinguish between Plaintiff's individual and class claims. Instead, it purports to dismiss the action in its entirety, with prejudice. (*See id.*)

Plaintiff is entitled to dismiss her individual claims with prejudice by stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, Plaintiff's class claims may be voluntarily dismissed with prejudice only with court approval. Fed. R. Civ. Proc. 23(e).

Therefore, the Court HEREBY DISAPPROVES the stipulation to dismiss with prejudice. The parties may resubmit a stipulation of dismissal voluntarily dismissing Plaintiff's claims with prejudice and the class claims without prejudice.  Alternatively, the parties may submit a proposed class dismissal for court approval in accordance with Federal Rule of Civil Procedure 23(e).

**IT IS SO ORDERED.**

Dated: March 29, 2024

_____
JEFFREY S. WHITE
United States District Judge