Adam M. Goffstein
GOFFSTEIN LAW, LLC
7777 Bonhomme Avenue, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax:    (314) 455-7278
adam@goffsteinlaw.com
*(Pro Hac Vice)*

*Attorneys for Plaintiff*

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
5555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
Robyn.bladow@kirkland.com

*Attorneys for S.C. Johnson & Son, Inc.*

*[Additional counsel for both parties listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET PEGGI LOUISE GARVEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | Case No. 4:23-cv-01518 - JSW<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Compl. Filed: March 30, 2023<br>First Amended Compl. Filed: July 10, 2023<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Margaret Peggi Louise Garvey, and Defendant, S.C. Johnson & Son, Inc., by and through their respective undersigned counsel, hereby stipulate that Plaintiff Garvey dismisses her individual claims with prejudice and her proposed class claims without prejudice, with each party to bear their own costs and fees.

Dated: April 1, 2024                              GOFFSTEIN LAW, LLC

/s/ Adam M. Goffstein
Adam M. Goffstein (*Pro Hac Vice*)
**GOFFSTEIN LAW, LLC**
7777 Bonhomme Ave., Suite 1910
St. Louis, MO 63105
Phone: (314) 725-5151
Fax:    (314) 455-7278
*adam@goffsteinlaw.com*

Daniel J. Orlowsky (*Pro Hac Vice*)
7777 Bonhomme Ave., Suite 1910
St. Louis, MO 63105
Phone: 314-725-5151
Fax:    314-455-7375
*dan@orlowskylaw.com*

James A. Morris, Esq. (CSBN 296852)
Shane A. Greenberg, Esq. (CSMN 210932)
**MORRIS LAW FIRM**
4111 W. Alameda Avenue, Suite 611
Burbank, CA 91505
Tel:    (747) 283-1144
Fax:    (747) 283-1143
*jmorris@jamlawyers.com*
*sgreenberg@jamlawyers.com*

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated:  April 1, 2024 | /s/Robyn E. Bladow <br> Robyn E. Bladow (SBN 205189) <br> KIRKLAND & ELLIS LLP <br> 5555 South Flower Street, Suite 3700 <br> Los Angeles, CA  90071 <br> Tel:   (213) 680-8400 <br> Fax:  (213) 680-8500 <br> Robyn.bladow@kirkland.com <br> <br> Edwin John U, P.C. (SBN 198182) <br> Michael A. Glick (admitted pro hac vice) <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Avenue N.W. <br> Washington, D.C.  20004 <br> Tel:   (202) 389-5000 <br> Fax:  (202) 389-5200 <br> Edwin.u@kirkland.com <br> Michael.glick@kirkland.com <br> <br> *Attorneys for Defendant S.C. Johnson and Son, Inc.* |

**Filer's Attestation**: By signing this *Joint Stipulation for Voluntary Dismissal*, counsel for each party listed above concur in its filing.  This document is being filed through the Electronic Case Filing (ECF) system by attorney Adam Goffstein. By his signature, he attests that he has obtained concurrence in the filing of this document from Robyn E. Bladow, pursuant to Civil L.R. 5-1(i)(3).

/s/ Adam M. Goffstein
Adam M. Goffstein (*Pro Hac Vice*)

*Attorneys for Plaintiff*